IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | 8:11CR170 |
| vs. | |
| MOHAMUD ALI JAMA, | ORDER TO WITHDRAW EXHIBITS |
| Defendant. | |

Pursuant to NECrimR 55.1(g), counsel for plaintiff and defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibit Nos. 1-14 and Defendant's Exhibit Nos. 20-23 from Sentencing Hearing Held May 10 and 16, 2012

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 11th day of July, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge